THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JAMES CAPOLA, Petitioner.

Submitted January 4, 1943; decided January 14, 1943.

*James Capola,* in person, for motion.

No one opposed.

Motion denied on the ground that no appeal lies to this court from the judgment of conviction.

In the Matter of the Claim of MIKE CASSARETAKIS.

FRIEDA S. MILLER, as Industrial Commissioner of the State of New York, Appellant.

STANDARD DREDGING CORPORATION, Respondent.

Submitted January 4, 1943; decided January 14, 1943.

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements.   [See 289 N. Y. 119.]